𝔎𝔦𝔠𝔥𝔪𝔬𝔫𝔡

SMITH V. CITY OF NEWPORT NEWS.

March 17, 1921.

Absent, Burks and Sims, JJ.

Error to a judgment of the Corporation Court of the city of Newport News, in proceedings under workmen's com-pensation act. Judgment for defendant. Claimant as-signs error.

*Dismissed.*

*A. C. Garrett,* for the plaintiff in error.

*Lett & Massie,* for the defendant in error.

PER CURIAM.

This is a writ of error to a judgment of the Corporation Court of the city of Newport News rendered by that court upon an appeal from a finding of the Industrial Commis-sion of Virginia. Upon the authority of the opinion of this court handed down today in the case of *Richmond Cedar Works* v. *Harper, ante,* p. 481, 106 S. E. 516, the writ of error in this case must be dismissed as improvi-dently awarded.

*Dismissed.*